IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MELANIE M.,

     Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

     Defendant.

Case No. 3:25-cv-422

District Judge Michael J. Newman
Magistrate Judge Chelsey M. Vascura

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION TO REMAND (Doc. No. 9); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; (3) ORDERING THE ENTRY OF FINAL JUDGMENT IN PLAINTIFF'S FAVOR; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This Social Security disability benefits appeal is before the Court on the parties' joint motion to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g). Doc. No. 9. Upon careful review of the record, and based on the parties' agreement regarding the need for a remand of this matter, *see id*., the Court concludes that a remand is warranted because of deficits in the Administrative Law Judge's evaluation of the opinion evidence.

The Court concludes that the requirements of a Sentence Four remand have been satisfied and, consequently, (1) **GRANTS** the parties' joint motion for remand; (2) **REVERSES** the ALJ's decision; and (3) **REMANDS** this case to the Commissioner under Sentence Four of 42 U.S.C. § 405(g) for proceedings consistent with the parties' Joint Motion and this Order.

Upon remand, the Appeals Council will vacate all findings in the ALJ's decision. The ALJ will develop the administrative record as necessary to determine whether Plaintiff is disabled

within the meaning of the Social Security Act, hold a new hearing, and then issue a new decision.

The Clerk of Court is **ORDERED** to enter final judgment in Plaintiff's favor.

This case is **TERMINATED** on the docket.

**IT IS SO ORDERED.**

<u>July 10, 2026</u>       s/*Michael J. Newman*
              Hon. Michael J. Newman
              United States District Judge