IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MELANIE MOBLEY,

Plaintiff,

Case No. 3:25-cv-422

vs.

COMMISSIONER OF SOCIAL SECURITY,

District Judge Michael J. Newman
Magistrate Judge Chelsey M. Vascura

Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 12); (2) AWARDING EAJA FEES TO PLAINTIFF IN THE TOTAL AMOUNT OF $4,065.00; AND (3) MAINTAINING THE TERMINATION OF THIS CASE ON THE COURT'S DOCKET**

---

This Social Security case is before the Court on the parties' joint motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $4,065.00. Doc. No. 12. The parties agree that an award of $4,065.00 in attorney's fees satisfies all of Plaintiff's claims for fees, costs, and expenses in the instant case. *Id.*

For good cause shown, the Court: (1) **GRANTS** the parties' joint motion; and (2) **AWARDS** EAJA fees in the total amount of $4,065.00. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

**IT IS SO ORDERED.**

October 14, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge